UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LUANN GILLESPIE,           )<br>          Plaintiff,           )<br>                                      )<br>-v-                                )<br>                                      )<br>LIBERTY LIFE ASSURANCE COMPANY  )<br>OF BOSTON and                 )<br>NATIONAL CITY CORPORATION  )<br>LONG TERM DISABILITY PLAN,  )<br>          Defendants.           )<br>_____) | No. 1:10-cv-00388<br><br>HONORABLE PAUL L. MALONEY |

# **JUDGMENT**

Having granted Plaintiff Luann Gillespie's motion for entry of judgment against Defendants, and having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Plaintiff and against Defendants.

**IT IS ORDERED** that Defendants' termination of Ms. Gillespie's long-term disability benefits is hereby void. Defendants shall reinstate Ms. Gillespie's benefits retroactive to July 18, 2009, and pay to Ms. Gillespie the amount of $19,499.93, for benefits owed through December 2012, plus costs. If the parties cannot reach agreement regarding costs, Plaintiff shall submit a bill of costs, with supporting documentation as necessary, as required by Fed. R. Civ. P. 54(d) and Rule 54.1 of the Local Civil Rules of the Western District of Michigan.

**THIS ACTION IS TERMINATED. IT IS SO ORDERED.**


Date:   December 19, 2012                          /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    Chief United States District Judge